JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE VASQUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> QUALITY LOAN SERVICE ) <br> CORP., DOE 1 and DOES 2- ) <br> 50, inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. EDCV 08-1638-VAP (PJWx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: January 14, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge